IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN JONES, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:09-CV-2647 |
| | § | Jury Demanded |
| GRAPHIC PACKAGING | § | |
| INTERNATIONAL, INC., | § | |
|     Defendant. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Alan Jones files the following notice of dismissal.

1. The complaint in this action was filed on August 18, 2009.
2. Defendant waived service in accordance with FRCP 4(d).
3. Defendant has not served an answer or filed a motion for summary judgment.
4. Plaintiff hereby files this notice of dismissal with the intention of dismissing the case in its entirety with prejudice to refiling.

Respectfully submitted,

By: /s/John W. Ghezzi
    John W. Ghezzi
    Attorney-In-Charge
    Texas Bar No. 00792531
    Southern Dist. Bar No. 18164
    7 Grogan's Park Drive, Suite 6
    The Woodlands, Texas 77380
    Telephone: (281) 419-9440
    Facsimile: (281) 419-9449

OF COUNSEL:

Gelfman & Ghezzi, PLLC
Shummard Oak Building
7 Grogan's Park Drive, Suite 6
The Woodlands, Texas 77380
Telephone: (281) 419-9440
Facsimile: (281) 419-9449